

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2014

No. 04-14-00444-CR

**IN RE** Juan Jesus **FONSECA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

On June 20, 2014, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's application for leave to file the petition for writ of mandamus is DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on July 7th, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013CR9855, styled *The State of Texas v. Juan Jesus Fonseca*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.